UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| VALERIE McKIE, | ) | NO. CV-11-3054-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 28, to **grant** the parties' stipulated motion and **reverse** and **remand for further administrative proceedings.**

No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in their entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The recommendation, **ECF No. 28,** to grant the stipulated motion for summary judgment in favor of Plaintiff and REVERSE and REMAND for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) is **ADOPTED in its entirety**.

///

2. The parties' Stipulation to Remand (ECF No. 27) is **GRANTED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties and Magistrate Judge Hutton, and **close the file**.

DATED this 27th day of June, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court Judge

Q:\aCIVIL\2011\McKie Ord adpt RnR.wpd