**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

VALARIE MCKIE,     )
          )
    Plaintiff,   )
          )  NO.  CV-11-3054-JPH
vs.        )
          )  **JUDGMENT IN A**
MICHAEL J. ASTRUE,    )  **CIVIL CASE**
Commissioner of Social Security, )
          )
    Defendant.  )
          )
_____)

**STIPULATION BY THE PARTIES:**

   The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

   **IT IS ORDERED AND ADJUDGED** that:

   The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

   DATED this 27th day of June, 2012.

            JAMES R. LARSEN
            District Court Executive/Clerk


            by:   s/Pamela A. Howard
               Deputy Clerk

cc: all counsel