UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| VALERIE McKIE, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CV-11-3054-JPH |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER ADOPTING REPORT |
| Commissioner of Social Security, | ) | AND RECOMMENDATION |
| | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation, **ECF No. 36**, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 31, be **granted**. Defendant does not object to the amount requested. ECF No. 35 at 1-2.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED**

The Report and Recommendation, **ECF No. 36**, to grant Plaintiff's motion for attorney fees pursuant to 28 U.S.C. § 2412(d), ECF No. 31, is **ADOPTED in its entirety**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and **close the file.**

DATED this 24th day of October, 2012.

<u>s/Robert H. Whaley</u>
ROBERT H. WHALEY
SENIOR DISTRICT COURT JUDGE

-1-